1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEREMY FRIEDLANDER, State Bar No. 125138
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5974
    Fax:  (415) 703-1234
8   Email:  Jeremy.Friedlander@doj.ca.gov

9  Attorneys for Respondent

11                IN THE UNITED STATES DISTRICT COURT

12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,** | C 07-5241 MMC |
| Petitioner, | **EX PARTE APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| **MATTHEW C. KRAMER, Warden, and the ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** | |
| Respondents. | |

Pursuant to Civil L. R. 7-8 and 7-11, respondent requests a 60-day extension of time, to and including January 22, 2008, within which to answer the petition in this case.  This application is based on the file in this case and the attached declaration of Jeremy Friedlander.  Petitioner is an incarcerated prisoner who is represented by Frederic Baker.  He does not object to the proposed extension of time.

Respondent has not previously requested an extension of time to answer the petition.

//

Ex Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC

1

Dated: November 19, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Jeremy Friedlander

JEREMY FRIEDLANDER
Deputy Attorney General
Attorneys for Respondent

JF:er
40188289.wpd
SF2007402955

Ex Parte Application For EOT - *Wadsworth v. Kramer* - C 07-5241 MMC

2