EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEREMY FRIEDLANDER, State Bar No. 125138
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5974
 Fax:  (415) 703-1234
 Email:  Jeremy.Friedlander@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW WADSWORTH,<br><br>                              Petitioner,<br><br>        v.<br><br>MATTHEW C. KRAMER, Warden, and the ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                              Respondents. | C 07-5241 MMC<br><br>**DECLARATION OF JEREMY FRIEDLANDER IN SUPPORT OF THE EX PARTE APPLICATION FOR EXTENSION OF TIME** |

1. I am a Deputy Attorney General of the State of California and am the attorney for respondent in the above-entitled case.

2. On October 22, 2007, the Court issued an order to show cause, directing respondent to file an answer and supporting points and authorities in this case within 30 days of service of the order.

3. The Attorney General's Office in San Francisco appears to have received the order on November 1, 2007 (judging from the earliest written notation in our case file), although the order

Dec of J. Friedlander - *Wadsworth v. Kramer* - C 07-5241 MMC

1

1  was not docketed until November 5, 2007. In an abundance of caution, I will assume that the office
2  received the order the day it was issued, October 22, making the due date for the response November
3  21, 2007.

4      4. I request an extension of sixty days within which to file the answer and supporting
5  points and authorities. Sixty days from November 21, 2007, is January 20, 2008. However, because
6  that day is a Sunday and the next day a federal holiday, the new due date would be January 22, 2008,

7      5. Since the Court issued its order to show cause, I have filed a petition for certiorari
8  in *Chrones v. Pulido* (07-544; 10/23/07); a motion to recall the mandate in *Pulido v. Chrones* (05-
9  15916; 10/23/07); a respondent's brief in *People v. Rodriguez-Montero* (A116391; 10/26/07), and
10  a court-requested opposition to a writ of habeas corpus in *In re Voelker* (A119178). I have finished
11  drafting and am about to file a respondent's brief in *People v. Maszewski* (A115723).

12      5. I am currently working on a respondent's brief in *People v. Haynes* (A116296).
13  Before reaching this assignment, I must complete a respondent's brief in *People v. Khensokvann et
14  al.* (H030770), a case with a lengthy record, and a response to a Rule 60(b) motion in *Yates v. Ryan*
15  (C 04-2445 WHA). I may also be filing a response to the opposition in *Pulido*.

16      6. The instant case appears to require a brief on the merits. It appears to raise four
17  separate claims, including two claims of ineffective assistance of counsel.

18  //
19  //
20  //
21  //
22  //

Dec of J. Friedlander - *Wadsworth v. Kramer* - C 07-5241 MMC

2

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Dated: November 19, 2007

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
Attorney General of the State of California

5  DANE R. GILLETTE
Chief Assistant Attorney General

6  GERALD A. ENGLER
Senior Assistant Attorney General

7

8  PEGGY S. RUFFRA
Supervising Deputy Attorney General

9

10  /s/ Jeremy Friedlander

11

12  JEREMY FRIEDLANDER
Deputy Attorney General
Attorneys for Respondent

13

14  JF:er
40188294.wpd
15  SF2007402955