IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,** | C 07-5241 MMC |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **MATTHEW C. KRAMER, Warden, and the ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time within which respondent is to file an answer to the amended petition shall be extended by 60 days, to and including January 22, 2008.

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　United States District Judge

40188297.wpd