EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEREMY FRIEDLANDER, State Bar No. 125138
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5974
  Fax:  (415) 703-1234
  Email:  Jeremy.Friedlander@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW WADSWORTH,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW C. KRAMER, Warden, and the ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Respondents. | C 07-5241 MMC<br><br>**NOTICE OF LODGING OF EXHIBITS** |

Respondent hereby submits the following exhibits to be lodged with the Court in connection with its consideration of the Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus in the above cause of action.

**INDEX**

EXHIBIT

    A   Clerk's Transcript on Appeal, 1 Volume (Alameda County Superior Court, No. 142482)

    B   Augmented Clerk's Transcript on Appeal, 1 Volume (No. 142482)

    C   Statement of Andrew Wadsworth

## INDEX (cont.)

EXHIBIT

D    Reporters Transcript on Appeal, 5 Volumes (Alameda County Superior Court, No. 142482)

E    Augmented Reporters Transcript, 2 Volumes, (No. 142482)

F    Appellant's Opening Brief, No. A108087

G    Appellant's Supplemental Opening Brief, No. A108087

H    Respondent's Brief, A108087

I    Appellant's Reply Brief, A108087

J    California Court of Appeal Opinion, A108087

K    Petition for Review and Denial, No. S148804

L    Petition for State Habeas Corpus and Denial, No. S150545

Dated: December 11, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Jeremy Freidlander

JEREMY FRIEDLANDER
Deputy Attorney General

Attorneys for Respondent

JF:er
40194889.wpd
SF2007402955