FREDERIC BAKER (SBN: 50055)
Attorney at Law
San Francisco Design Center
2 Henry Adams Street M71
San Francisco, CA 94103
Telephone: (415) 626-5133

**Attorney for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,**<br>　　Petitioner,<br><br>MATTHEW C. KRAMER, WARDEN<br>AND THE ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA<br>　　Respondents, | No: C 07-5241 MMC<br><br><br>**EX PARTE APPLICATION<br>FOR EXTENSION OF TIME** |

　　Pursuant to Civil L. R. 7-8 and 7-11, petitioner requests a 60-day extension of time, to and including March 10, 2008, within which to respond to the answer in this case. This application

　　is based on the file in this case and the attached declaration of Fred Baker. Petitioner is an incarcerated prisoner who is represented by Frederic Baker. The Deputy Attorney General Jeremy Friedlander does not object to the proposed extension of time.

　　Petitioner has not previously requested an extension of time to respond.

DATED:　　January 7, 2008

　　　　　　　　　　　　　　　　　　　　/s/ Fred Baker
　　　　　　　　　　　　　　　　　　　　Fred Baker
　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner

-1-

Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC

-2-

FREDERIC BAKER (SBN: 50055)
Attorney at Law
San Francisco Design Center
2 Henry Adams Street M71
San Francisco, CA 94103
Telephone: (415) 626-5133

**Attorney for Petitioner**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,**<br>    Petitioner,<br><br>MATTHEW C. KRAMER, WARDEN<br>AND THE ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA<br>    Respondents,<br>_____ | ) No: C 07-5241 MMC<br>)<br>) **DECLARATION OF FRED**<br>) **BAKER IN SUPPORT OF THE**<br>) **EX PARTE APPLICATION FOR**<br>)  **EXTENSION OF TIME**<br>)<br>)<br>) |

1. I am the attorney for the above entitled case.

2. On October 22, 2007, the Court issued an order to show cause, directing respondent to file an answer and supporting points and authorities in this case within 30 days of service of the order.

3. On December 11, 2007, the Attorney General's office filed an answer to the Petition for Writ of Habeas Corpus.

4. According to my calculations, my answer would be due on January 10, 2008.

5. I request an extension of sixty days within which to file the reply to the answer and supporting points and authorities. Sixty days from January 10, 2008, is March 10, 2008.

-2-
Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC

-3-

6. I am scheduled to begin the trial of the case of People v. Brandon Taylor in Alameda County on January 14, 2008. This case is expected to take a week or longer.

7. In order to properly represent the petitioner and respond to the answer to the petition for Writ of Habeas Corpus I respectfully request an additional period of 60 days in order file my response.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    January 7, 2008

                                              /s/ Fred Baker  
                                              Fred Baker  
                                              Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,**<br>　　Petitioner,<br><br>MATTHEW C. KRAMER, WARDEN<br>AND THE ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA<br>　　Respondents,<br>_____ | )  No: C 07-5241 MMC<br>)<br>)  **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

　　IT IS HEREBY ORDERED that the time within which respondent is to file an answer to the amended petition shall be extended by 60 days, to and including March 10, 2008.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

-4-
Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC