1
2
3
4
5

#### IN THE UNITED STATES DISTRICT COURT

#### FOR THE NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,** <br>    Petitioner, <br><br> MATTHEW C. KRAMER, WARDEN <br> AND THE ATTORNEY GENERAL <br> OF THE STATE OF CALIFORNIA <br>    Respondents, <br> _____ | )   No: C 07-5241 MMC <br> ) <br> )   [~~PROPOSED~~] ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    IT IS HEREBY ORDERED that the time within which ~~respondent~~ petitioner is to file ~~an answer~~ a response to the ~~amended petition~~ opposition shall be extended by 60 days, to and including March 10, 2008.

Dated: __January 8, 2008_____     _____*Maxine M. Chesney*_____
                                                                         The Honorable Maxine M. Chesney
                                                                         United States District Judge