1  FREDERIC BAKER (SBN: 50055)
   Attorney at Law
2  San Francisco Design Center
3  2 Henry Adams Street M71
   San Francisco, CA 94103
4  Telephone: (415) 626-5133

5
   **Attorney for Petitioner**
6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8
                              **SAN FRANCISCO DIVISION**
9

10

11  **ANDREW WADSWORTH,**                    )     No: C 07-5241 MMC
          Petitioner,                        )
12                                           )
13  MATTHEW C. KRAMER, WARDEN                )     **EX PARTE APPLICATION**
    AND THE ATTORNEY GENERAL                 )     **FOR EXTENSION OF TIME**
14  OF THE STATE OF CALIFORNIA               )
          Respondents,                       )
15                                           )
                                             )
16  _____ )

17
        Pursuant to Civil L. R. 7-8 and 7-11, petitioner requests a 30-day extension of time, to and
18
    including April 9, 2008, within which to respond to the answer in this case. This application is
19
    based on the file in this case and the attached declaration of Fred Baker. Petitioner is an
20
    incarcerated prisoner who is represented by Frederic Baker. The Deputy Attorney General Jeremy
21
22  Friedlander does not object to the proposed extension of time.

23      Petitioner has previously requested one extension of time to respond.
24
25
26  DATED:    March 10, 2008

27                                        /s/ Fred Baker
                                          Fred Baker
28                                        Attorney for Petitioner

Ex - Parte Application For EOT - *Wadsworth v. Kramer* - C 07-5241 MMC

1  FREDERIC BAKER (SBN: 50055)
   Attorney at Law
2  San Francisco Design Center
3  2 Henry Adams Street M71
   San Francisco, CA 94103
4  Telephone: (415) 626-5133

5  **Attorney for Petitioner**

6              IN THE UNITED STATES DISTRICT COURT
7             FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                      SAN FRANCISCO DIVISION

11 **ANDREW WADSWORTH,**              ) No: C 07-5241 MMC
        Petitioner,                   )
12                                    ) **DECLARATION OF FRED**
   MATTHEW C. KRAMER, WARDEN          ) **BAKER IN SUPPORT OF THE**
13 AND THE ATTORNEY GENERAL           ) **EX PARTE APPLICATION FOR**
14 OF THE STATE OF CALIFORNIA         )  **EXTENSION OF TIME**
        Respondents,                  )
15                                    )
                                      )
16 ─────────────────────────────

17   1. I am the attorney for the above entitled case.

     2. I have been diligently working on the response on behalf of Andrew Wadsworth.
        However, in order satisfactorily complete his answer to the response of the State of
        California I need an additional thirty days until April 9, 2008 to file petitioner's answer.

     3. I request an extension of thirty days within which to file the reply to the answer and
        supporting points and authorities.

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED:    March 10, 2008

                                          /s/ Fred Baker
                                          Fred Baker
                                          Attorney for Petitioner

Ex - Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,**<br>　　Petitioner,<br><br>MATTHEW C. KRAMER, WARDEN<br>AND THE ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA<br>　　Respondents,<br>_____ | )  No: C 07-5241 MMC<br>)<br>)  **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

  IT IS HEREBY ORDERED that the time within which respondent is to file an answer to the amended petition shall be extended by 30 days, to and including April 9, 2008.

Dated: _____        _____
                                                                                        The Honorable Maxine M. Chesney
                                                                                        United States District Judge

Ex - Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC