# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**ANDREW WADSWORTH,**  ) No: C 07-5241 MMC
    Petitioner,  )
 ) [PROPOSED] **ORDER**
MATTHEW C. KRAMER, WARDEN  )
AND THE ATTORNEY GENERAL  )
OF THE STATE OF CALIFORNIA  )
    Respondents,  )
 )

IT IS HEREBY ORDERED that the time within which ~~respondent~~ petitioner is to file ~~an answer~~ a traverse to the ~~amended petition~~ answer shall be extended by 30 days, to and including April 9, 2008.

Dated: __March 11, 2008_____

_____
The Honorable Maxine M. Chesney
United States District Judge

Ex - Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC