FREDERIC BAKER (SBN: 50055)
Attorney at Law
San Francisco Design Center
2 Henry Adams Street M71
San Francisco, CA 94103
Telephone: (415) 626-5133

**Attorney for Petitioner**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,**          ) <br>    Petitioner,          )<br>          )<br>MATTHEW C. KRAMER, WARDEN          )<br>AND THE ATTORNEY GENERAL          )<br>          )<br>OF THE STATE OF CALIFORNIA          )<br>    Respondents,          )<br>          )<br>_____   ) | No: C 07-5241 MMC<br><br>**EX PARTE APPLICATION**<br>**FOR THE COURT TO ACCEPT A**<br>**LATE REPLY BRIEF** |

   Petitioner requests the court to accept his reply brief which was due April 9, 2008 on April 10, 2008. This application is based on the file in this case and the attached declaration of Fred Baker. Petitioner is an incarcerated prisoner who is represented by Frederic Baker. The Deputy Attorney General Jeremy Friedlander does not object to the court accepting the brief.

DATED:    April 10, 2008

                              /s/ Fred Baker_____
                              Fred Baker
                              Attorney for Petitioner

-1-

Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC