FREDERIC BAKER (SBN: 50055)
Attorney at Law
San Francisco Design Center
2 Henry Adams Street M71
San Francisco, CA 94103
Telephone: (415) 626-5133

**Attorney for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,** <br>     Petitioner, <br><br> MATTHEW C. KRAMER, WARDEN <br> AND THE ATTORNEY GENERAL <br><br> OF THE STATE OF CALIFORNIA <br>     Respondents, <br> _____ | No: C 07-5241 MMC <br><br><br> **EX PARTE APPLICATION** <br> **FOR THE COURT TO ACCEPT A** <br> **LATE REPLY BRIEF -** <br> **DECLARATION OF ATTORNEY** <br> **FRED BAKER** |

1.  I am the attorney for the above entitled case.

2.  The Reply Brief of the petitioner Wadsworth was due on April 9, 2008.

3.  I've been working diligently on this brief and I am submitting it to the Court on April 10, 2008.

4.  I request the Court to accept my brief one day late on April 10, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    April 10, 2008

/s/ Fred Baker_____
Fred Baker
Attorney for Petitioner