IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW WADSWORTH,**<br>    Petitioner,<br><br>MATTHEW C. KRAMER, WARDEN<br>AND THE ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA<br>    Respondents,<br>_____ | ) No: C 07-5241 MMC<br>)<br>)  **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY ORDERED that the petitioner Wadsworth Reply Brief which was due on April 9, 2008 be received and filed as of April 10, 2008.

Dated: _____          _____
                                        The Honorable Maxine M. Chesney
                                        United States District Judge

-3-
Parte Application For EOT -*Wadsworth v. Kramer* - C 07-5241 MMC