IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW WADSWORTH,

        Petitioner,

  v.

MATTHEW C. KRAMER, Warden,

        Respondent.
                                  /

No. CV-07-5241 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED.

A certificate of appealability is hereby DENIED.

Dated: February 13, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk